**Lemuel Robert HALL, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 10–1116.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 11, 2010.

Filed: June 17, 2010.

Lemuel Robert Hall, Dequeen, AR, pro se.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Federal probationer Lemuel Hall appeals the district court's [1] dismissal of his 28 U.S.C. § 2241 habeas petition. Upon careful de novo review, *see Hill v. Morrison*, 349 F.3d 1089, 1091 (8th Cir.2003), we agree with the district court's conclusion that section 2241 does not provide a remedy to address the issues raised by Hall. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.